**No. 62347.**—Brammer Vee Link Belting, Inc. *v.* United States, protests 242006–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of iron or steel rivets the same as those the subject of *Brammer Vee Link Belting, Inc.* v. *United States* (40 Cust. Ct. 1, C. D. 1947), the claim of the plaintiff was sustained.